UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CHEMISE ELLIS | CIV. ACTION NO. 3:25-01134 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| THOMAS ROGERS | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 6] having been considered, no objections thereto having been filed,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Plaintiff Chemise Ellis's ("Plaintiff") claims, except for injunctive and declaratory relief, against lone Defendant, Thomas Rogers, are hereby **DISMISSED WITH PREJUDICE**, as frivolous, for failing to state a claim upon which relief may be granted and for seeking money damages against a defendant who is immune from suit. FED. R. CIV. P. 12(b)(6).

**IT IS FURTHER ORDERD** that Plaintiff's remaining claims for injunctive and declaratory relief are hereby **DISMISSED WITHOUT PREJUDICE**. The case is closed.

MONROE, LOUISIANA, this 25th day of November 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE